UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JASON BASS | CIVIL ACTION NO. 17-cv-0947 |
| VERSUS | JUDGE SUMMERHAYS |
| BERRY BROS GENERAL CONTRACTORS INC | MAGISTRATE JUDGE WHITEHURST |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Joint Motion for Approval of Confidential Settlement Agreement and Release [Doc. 30] and the Unopposed Motion for Award of Attorney's Fees and Costs [Doc. 37] is GRANTED.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 27th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

Case 6:17-cv-00947-RRS-CBW   Document 41   Filed 04/27/20   Page 2 of 2 PageID #: 224